UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

Nutricia North America, Inc.,

**Plaintiff,**

v.

UNITED STATES,

**Defendant.**

**S U M M O N S**

**Court No.**   23-00017

**TO:**   The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | **Chester, PA and Louisville, KY** | Center (if known): | Agriculture and Prepared Products (CEE002) |
| Protest Number: | **1102-22-100577** | Date Protest Filed: | **July 27, 2022** |
| Importer: | **Nutricia North America, Inc.,** | Date Protest Denied: | **August 4, 2022** |
| Category of Merchandise: | Certain Gastrointestinal, Metabolic, Metabolic PKU, and Neurology Products | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 113-9254540-3 | 3/9/2021 | 2/4/2022 | | | |
| | | | | | |
| | | | | | |
| * | | | | | |

\* Please see attached schedule for information concerning additional liquidation entries.

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

John Brew, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 624-2500
Email: jbrew@crowell.com

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Certain Gastrointestinal, Metabolic, Metabolic PKU, and Neurology Products | 2106.90.9998 | 6.4% | 3004.50.5040, 3004.90.9140 or 9817.00.96 | 0.0% 0.0% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Decision: Liquidation of subject entries and classification of certain gastrointestinal, metabolic, metabolic PKU, and neurology products under HTSUS subheading 2106.90.9998, dutiable at 6.4 percent ad valorem. Protest Claim: Customs should reliquidate subject entries and reclassify the subject products under HTSUS subheading 3004.50.50.40, duty free, or in the alternative under HTSUS subheading 9817.00.96, duty free |

| The issue which was common to all such denied protests: |
|---|
| Refusal to reliquidate entries and classify subject products under HTSUS subheading 3004.50.50, the provision for "medicaments," duty free, or in the alternative under subheading 9817.00.96, the provision for articles designed for the use or benefit of physically handicapped persons, duty free. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ John Brew

_____

*Signature of Plaintiff's Attorney*

1/28/2023

_____

*Date*

## SCHEDULE OF PROTESTS

Agriculture and Prepared
Products (CEE002)
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 110222100577 | 7/27/2022 | 8/4/2022 | 11392545403 | 3/09/2021 | 2/04/2022 | 1102 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394091703 | 3/16/2021 | 2/11/2022 | 1102 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394091810 | 3/16/2021 | 2/11/2022 | 1102 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394094368 | 3/18/2021 | 2/11/2022 | 1102 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394060740 | 3/18/2021 | 2/11/2022 | 4115 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394060823 | 2/24/2021 | 2/11/2022 | 4115 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394060880 | 3/18/2021 | 2/11/2022 | 4115 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394067240 | 3/18/2021 | 2/11/2022 | 4115 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394067414 | 3/18/2021 | 2/11/2022 | 4115 |
| 110222100577 | 7/27/2022 | 8/4/2022 | 11394067588 | 3/18/2021 | 2/11/2022 | 4115 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)